1 **LOUIS R. DUMONT – State Bar No. 130198**  JS-6
**JILL W. BABINGTON – State Bar No. 221793**
2 **CARPENTER, ROTHANS & DUMONT**
**888 S. Figueroa Street, Suite 1960**
3 **Los Angeles, CA  90017**
**(213) 228-0400 / (213) 228-0401 [Fax]**
4 **ldumont@crdlaw.com** / **jbabington@crdlaw.com**

5 Attorneys for Defendants, SAN BERNARDINO COMMUNITY COLLEGE DISTRICT, a public entity, [*erroneously sued herein as "San Bernardino Community College District Police"*], and OFFICER RUBEN GALVAN [*erroneously sued herein as "Pier Galvan"*] and LYNN HUNTER, public employees

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BADEN, | Case No.: ED CV10-00896 R(OPx) |
| Plaintiff, | **ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE** |
| vs. | |
| LYNN HUNTER, PIER GALVAN, SAN BERNARDINO COMMUNITY COLLEGE DISTRICT POLICE. | |
| Defendants. | |

IT IS HEREBY ORDERED THAT following this Court's order granting the defendants' Motion to Dismiss the Amended Complaint, the above-entitled action is dismissed in its entirety with prejudice.  As alleged in the Amended Complaint, the plaintiff was previously convicted of violation of California Penal Code section 647.  Pursuant to the holdings of <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994) and <u>Smith v. City of Hemet</u>, 394 F.3d 689 (9th Cir. 2005), the plaintiff's claims in this action are barred as they would effectively imply the invalidity of the plaintiff's state court conviction for violation of California Penal Code section 647.

- 1 -

[Proposed] ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE

1   IT IS SO ORDERED.

2

3   DATED:  August 9, 2010                              _____

4                                                                                    Honorable Manuel L. Real
                                                                                     United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

PROOF OF SERVICE